UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GODFRYD,

                        Plaintiff(s),          **ADJOURNMENT ORDER**

- against -

                                                     21 Civ. 4009 (NSR)

CITY OF NEWBURGH, et al.,

                        Defendant(s).
-------------------------------------------------------x
NELSON S. ROMÁN, U.S.D.J.:

    In light of Defendants' intention to seek leave to file a motion for summary judgment, the telephonic Status Conference scheduled for October 24, 2022 before the United States District Judge Nelson S. Román, **is hereby adjourned sine die.**

    Defendants are directed to file their pre-motion letter by October 26, 2022. Plaintiff's response letter shall be filed by October 28, 2022. Counsel are also directed to email a copy of their respective letter to chambers.

                                                             SO ORDERED.

Dated:  White Plains, NY
           October 21, 2022

                                                    Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2022