# EXHIBIT G

**From:** Gotfryd, Elka
**To:** Church, Alexandra
**Subject:** RE: Question
**Date:** Thursday, June 25, 2020 8:54:43 AM

Hi Ali,

I haven't worked on it; I had so many clarifying questions when I took a look at it again that I had to wait for your return. I remember we had discovered that you had in fact done most of it but it was unclear what was missing and how I was to gather than info.
Let's talk this afternoon?
Thanks,
Elka

**From:** Church, Alexandra
**Sent:** Wednesday, June 24, 2020 2:52 PM
**To:** Gotfryd, Elka
**Subject:** FW: Question

Elka,

Can I get an update on the build-out for the zoning update? You may have already given it to me, but its been way too long.

**From:** Kaufman, Jeremy
**Sent:** Wednesday, June 24, 2020 1:06 PM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Subject:** RE: Question

Not sure if Elka completed the build-out. We were on pace just when you left on maternity leave, and then coronavirus. I don't know how Joe wants to handle it between having only 1 meeting in July and August, and still no in-person public hearings. Assuming Elka finished the build-out, we're ready, subject only to when Joe wants to bring it to Council.

**From:** Church, Alexandra
**Sent:** Wednesday, June 24, 2020 1:04 PM
**To:** Kaufman, Jeremy
**Subject:** FW: Question

Any timeline for the Zoning Update? Did Elka every complete the build-out?

**From:** Church, Alexandra
**Sent:** Wednesday, June 24, 2020 12:12 PM
**To:** Donat, Joseph <JDonat@cityofnewburgh-ny.gov>
**Subject:** RE: Question

My understanding is that the prep work was completed before I went out. Then COVID hit and we weren't able to put it on a Council Agenda for a Public Hearing. I will loop back with Jeremy and Michelle and then get Colin a timeline.

From: Donat, Joseph
Sent: Wednesday, June 24, 2020 11:56 AM
To: Church, Alexandra <achurch@cityofnewburgh-ny.gov>
Subject: FW: Question

Any idea?

From: Colin Jarvis <cjarvis@newburghministry.org>
Sent: Wednesday, June 24, 2020 11:39 AM
To: Donat, Joseph <JDonat@cityofnewburgh-ny.gov>
Subject: Question

Good morning sir
As you know we are still working on the acquisition of 155 West Street. Do you know how long it would take to have the property rezoned?

Thanks

*Colin Jarvis*
Executive Director



The Newburgh Ministry, Inc.
*Presence - Service - Transformation*
9 Johnston Street, P.O. Box 1449
Newburgh, NY 12551

845-561-0070 Office
845-561-5087 Fax
845-667-2431 Cell

| | |
|---|---|
| From: | Church, Alexandra |
| To: | Gotfryd, Elka |
| Subject: | RE: BuildOut |
| Date: | Monday, June 29, 2020 3:27:16 PM |

I think we left things clear. Please get a draft to me so we can submit to Jeremy by COB Friday. We will look to schedule the Public Hearing hopefully in August.

From: Gotfryd, Elka
Sent: Monday, June 29, 2020 10:05 AM
To: Church, Alexandra <achurch@cityofnewburgh-ny.gov>
Subject: RE: BuildOut

OK will do. At the end of our last conversation back in February, we reviewed the table and discovered the "Dwelling Units Full Buildout" column had already been populated, and I recall we said we'd meet again to discuss what else needed to be done. So, in a nutshell I'm not clear on which parts of the table line up with the data you need right now. To be discussed.


From: Church, Alexandra
Sent: Monday, June 29, 2020 9:50 AM
To: Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
Subject: BuildOut

As discussed this morning, please have all your build-out questions prepared to meet with me at 1:15 today. Thanks

**Alexandra Church, AICP**
Director of Planning and Development
City of Newburgh
123 Grand Street
Newburgh, NY 12550
o: 845.569.7388
m: 845.863.7775
achurch@cityofnewburgh-ny.gov