**EXHIBIT H**

**From:** Church, Alexandra
**To:** Gotfryd, Elka
**Subject:** RE: Follow-up
**Date:** Monday, July 13, 2020 11:21:13 AM

Again, I will review the word in context as I do with other word choices. If you feel it is the best work to use *anti-racist*, or any other word in context, include it, and in context we can have a discussion about it. Thank you for your understanding.

Ali

**Alexandra Church, AICP**
Director of Planning and Development
City of Newburgh
123 Grand Street
Newburgh, NY 12550
o: 845.569.7388
m: 845.863.7775
achurch@cityofnewburgh-ny.gov

**From:** Gotfryd, Elka
**Sent:** Monday, July 13, 2020 11:10 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Subject:** RE: Follow-up

Thanks, Ali. I don't doubt any of this. My question was quite specific to a term that I had used twice and that you had told me twice that I should not be using. From what I recall, you did make note on thse two occasions that the term "anti-racist" itself may very well alienate the Latino community and the County. Could you please be explicit about use of this term? I ask because, as I mentioned, twice already you have asked me not to use it and I'd like to know if this is departmental policy, and/or related to your approach to whether it is best to be explicit or not. I'd ask that you give me clear direction about this. I certainly do not feel that the use of the term "anti-racist" is "editorial" or "stylist", but very much about content and approach to doing the work of anti-racism. Knowing that we are both committed to the work, it would be helpful to be clear about what makes you most comfortable as the person who is responsible for the materials that come out of the department. Thanks in advance.

**From:** Church, Alexandra
**Sent:** Monday, July 13, 2020 10:51 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Subject:** RE: Follow-up

Thanks Elka,

These are gross over simplifications of complicated topics, and of my responses to you. The fear of alienation of the County and of the Latino community is broad. The relationship with the County, including but not limited to County DSS has been terrible for many years and we have worked extremely hard to repair that. The Hispanic Community in Newburgh is underrepresented in government, and obviously looking back at how other communities have historically been marginalized, we strive to make sure we are creating as many avenues as possible to reach them.

I have no interest in telling you how to act, feel, believe, etc, however, as your boss I am the person ultimately responsible for all materials that come out of the office. With that, as you know, all materials must be read and proofed by me before they are shared with anyone outside of the office. I hope that I have made that clear, but I will make it clear here. Any material by you or our sub-consultants must be provided to me ahead of time with enough time for review. This includes programs you wish to undertake, committees you wish to form, etc. I am ultimately responsible for your work here, and I may make or recommend changes that I feel better communicate the inter-departmental work we are trying to do. I often also share these documents with other departments, and for other reasons, there may be editorial or stylist changes recommended.

The legacy of overt, institutional, and systemic racism in Newburgh is real, and is something we work daily to not only address, not only to respond to, not only to "do better," but to find avenues to reverse.

**From:** Gotfryd, Elka
**Sent:** Monday, July 13, 2020 10:12 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Subject:** Follow-up

Hi Ali,

Thanks again for your guidance and feedback last Friday.

As I was reflecting this weekend on some of what you brought up, it would be helpful for me to receive some clarification about one point in particular so as to avoid any miscommunication in future, and/or misrepresentation of the department. I understand we have different methods with regards to pursuing anti-racism in planning, and I was hoping to have a more concrete understanding of your approach; you have twice mentioned, in response to my public use of the term "anti-racist", that this term is not one you'd like to use in our external-facing work.

To be specific, the first instance was back in February, when I began oversight of the Housing Needs Assessment. As I was developing the goals for the study, you mentioned that the reason we could not use the term "anti-racist" was that the Latino community in Newburgh are generally

homeowners, so using the term "anti-racist" would not fully encompass the issue at hand, and would risk alienating certain members of the community. It has come to my attention, however, through the data that Kevin has delivered, that this statement is inaccurate. The rate of homeownership for the Hispanic and Latino community is only 24%: not overwhelmingly different from 19% of African Americans, but a notable gap versus 57% of white people. Even beyond the statistical accuracy, though, this reasoning essentially implies that as long as one racial minority can access homeownership, it would be wrong to note that another racial minority is experiencing discrimination. To me, this seems problematic in that it implies a "whites versus everybody else" mentality. While I am certain this is not your intention, I feel, especially now, that there is a need to take good care in noticing our implicit bias. I know that I, too, as a white woman, have quite a bit of work to do in this regard. I'd look forward to receiving any clarification about this point; I can certainly imagine I may have missed something and would be glad to learn more about what informs your approach.

The second instance was on Friday, at which point you mentioned that the issue was more about ensuring we don't alienate the County, as the County has historically implemented policies that have had negative impacts on communities of color, namely the exacerbation of concentrated poverty. I have two clarifying points I'd like to address: first, I understand you were specifically making note of one specific policy/approach, but when I use the term "anti-racist", my intention is to refer to policies on all levels of government. I certainly am not calling out one person or group specifically. Even if I was calling out one group specifically, though, I think this leads to my second issue: I understand you feel the best approach to approaching institutionalized racism is silently and behind-the-scenes, while I feel the only way to approach it is to be explicit about it. I suppose my question is whether you are saying you'd like me to remove it from my lexicon entirely when I'm "on the clock", or if there's more subtlety to it.

Thanks for any further clarification you can offer in this regard. As you wisely noted on Friday, I haven't quite yet learned the difference between being a private consultant whose job it is to make recommendations as I see fit, and a municipal planner whose job it is to sometimes just keep quiet and do as I'm told.

Elka

**Elka Gotfryd**
Urban Planner
City of Newburgh
123 Grand Street
Newburgh, NY 12550
Phone: (845) 569-7381
Fax: (845) 569-0188
EGotfryd@cityofnewburgh-ny.gov