**EXHIBIT L**

**From:** Gotfryd, Elka
**To:** Church, Alexandra
**Subject:** RE: Lake Street Apts/ Paratransit
**Date:** Monday, August 10, 2020 2:52:53 PM

Ali,

That was clear neither to me, nor to Victor with whom I spoke this morning, nor to Donna, nor to Christine. Seems you are the only one who left that meeting with that understanding. I cannot whip up an outreach strategy without understanding the capacity of the people who have committed to implementing the outreach on-the-ground. Donna was clear, when I offered to help with outreach on that call, that she believes her staff will be enough. That said, I will be speaking with Christine shortly, and will get you a timeline tomorrow morning based on your request, and based on my understanding of the needs and capacity of our partners.

I maintain that this project is quite straightforward for a professional with extensive experience in stakeholder mediation and outreach over the past decade. Isn't that why you hired me? It's frustrating to me that you have not addressed what I brought up about my work, the dynamic, and lack of clear communication on your part.

Regarding Cornerstone, at this point it's merely asking the question of: "if we have individuals who cannot access a doctor to sign off on a paratransit application, would you be able to provide that service?" In other words, it would be helpful at this point to have more of an exploratory conversation amongst program staff rather than have the CM communicate an official request. This would allow us to pull the trigger when we're ready, and prepare all channels for when that time comes. We won't know how significant this barrier truly is until our partners at Lake Street Apartments do the outreach that they said they would do in our recent call, so if you want to wait until we have that information rather than gather all of the information in order to be prepared in advance, I understand that, but strongly advise against it. Could you explain why asking this simple question needs to go through the CM's office? In my experience, it would be more effective to reach out directly to the relevant program officer; in this case, that would likely be the VP of Outreach, Ms. Diahan Scott. I'm confident that even just a conversation with the facility's operator or secretary would point us to the most appropriate contact. Everything that goes through the CM's office seems to take several days, at least, to turn around. In general, working with higher-level staff takes more time. If the goal is to turn this around as quickly as possible, I'd argue that an exploratory call would make much more sense. Based on your approach, however, I do understand hierarchy is more important than efficiency and getting it done. I'd be curious if the Councilman would agree in this case, or if he has been satisfied with how this has been managed thus far.

Lastly, while you may see this exchange as "dialogue", my experience of it is micromanagement. You did not come to me in the spirit of collaboration. You did not ask any questions or open up a conversation about what kind of strategy we ought to pursue, nor did you ask for my perspective on the matter (though I've given it to you anyway); instead, you came to me with an unequivocal instruction. I will of course do as you ask, but "dialogue" certainly does not capture the nature of this exchange. Based on previous exchanges of ours, I'm not sure if I should even anticipate a response to this email.

Elka

**From:** Church, Alexandra
**Sent:** Monday, August 10, 2020 2:09 PM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Subject:** RE: Lake Street Apts/ Paratransit

Good afternoon,

On the call last week we discussed that they City would be working on an outreach program at Lake Street Apartments in partnership with Paratransit. I believe this was clear as the next step in this project, but if not, I am clarifying that now. I am now asking you to put together a timeline of how and when that outreach can happen so that I can review it, and give you feedback. Please confirm you understand the scope of what I am requesting.

Dialogue like this—proposals, reviewed by managers—is my preferred method of overseeing the projects you and your colleagues manage. It allows independent project management along with oversight and feedback. I need to be kept abreast of projects and meetings, especially but not only when there is strong Council input.

While you see this as straightforward, this project has many outside partners and has been unsuccessful for various reasons since well before you were hired. Therefore I am asking your assistance to take the project forward.

Specifically, regarding the Cornerstone outreach, once we have specifics to give the, the Manager will reach out to a personal contact, who is the Chief-of-Staff.

**Alexandra Church, AICP**
Director of Planning and Development
City of Newburgh
123 Grand Street
Newburgh, NY 12550
o: 845.569.7388
m: 845.863.7775
achurch@cityofnewburgh-ny.gov

**From:** Gotfryd, Elka
**Sent:** Monday, August 10, 2020 10:37 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>

**Subject:** RE: Lake Street Apts/ Pratransit

Ali,

We're waiting on materials from Paratransit (posters & fliers). They don't have anything readily available so they'll have to create something. I'm also working with Donna and Christine (the contact while Donna is away) to get a sense of eligibility and barriers within the community.

I'm technically not leading this outreach, and I'm not sure what you mean by "as discussed on the call"—at no point did I receive any direction or invitation to lead this outreach—but I am in touch with Victor and the management company to stay in the loop and act as a liaison however I can.

Frankly, I'm not sure why both of us need to be involved in this. It's a pretty straightforward, simple initiative and it seems like a bit of a duplicate to have both of us working on it. I'm happy to reach out to Cornerstone myself and see if they'd be able to help out with access to doctors, in advance of knowing whether we'll even need them, just to get a sense of whether that would even be an option.

I'd like to ask: Is there a reason why you're interested in leading this project all of a sudden? I'm fine if that's what you want to do, it just would have been nice to have a conversation clarifying roles, considering I had already been working on it for several weeks before you got involved. This isn't the first time I've experienced a lack of communication with regards to projects I'm involved in: facilitating the Housing Coalition, managing contact with Greg and Kevin in your absence, summer programming, and now the Lake Street "shuttle" initiative. I understand you'd like to be involved, but my experience is that there is little-to-no communication when you decide to become involved more prominently. I'd like to lift up that my ability to take initiative and do my best work is negatively impacted when I am constantly experiencing micromanagement.

With that, please let me know if you're willing to loosen the grip and let me do the job you hired me to do. Quite honestly, the level of work that you've left me with is that of an intern.

Thanks,
Elka


**From:** Church, Alexandra
**Sent:** Monday, August 10, 2020 9:13 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Subject:** Lake Street Apts/ Pratransit

Please work on an outline of all the steps needed to have the Paratransit Outreach at Lake Street Apts, as discussed on the call. Proposed dates would be great, so that I can reach out to

Cornerstone to bring them on board. Please let me know a timeline of when the outline can be done.

**Alexandra Church, AICP**
Director of Planning and Development
City of Newburgh
123 Grand Street
Newburgh, NY 12550
o: 845.569.7388
m: 845.863.7775
achurch@cityofnewburgh-ny.gov