# EXHIBIT AA

# Timecard Report

## Date Range: 04/13/2020 - 09/04/2020 and Employee Effective As Of : 12/07/2020

## Company Code: FH0

| Last Name | | First Name | Position ID | | | |
|---|---|---|---|---|---|---|
| | Date In | Time In - Out | Hours | Pay Code | Worked Department | Worked Cost Center |
| Gotfryd | | Elka | FH0012236 | | | |
| P | Mon 04/13/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Tue 04/14/2020 | 08:30 AM - 03:30 PM | 7.00 | PAID FURLOUGH | 868400 | |
| P | Wed 04/15/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu 04/16/2020 | 08:30 AM - 03:30 PM | 7.00 | PAID FURLOUGH | 868400 | |
| P | Fri 04/17/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Mon 04/20/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Tue 04/21/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Wed 04/22/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu 04/23/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Fri 04/24/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Mon 04/27/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Tue 04/28/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Wed 04/29/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu 04/30/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Fri 05/01/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Mon 05/04/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Tue 05/05/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Wed 05/06/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Thu 05/07/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Fri 05/08/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Mon 05/11/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Tue 05/12/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Wed 05/13/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu 05/14/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Fri 05/15/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Mon 05/18/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Tue 05/19/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Wed 05/20/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu 05/21/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Fri 05/22/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Mon 05/25/2020 | 08:30 AM - 03:30 PM | 7.00 | HOLIDAY | 868400 | |
| P | Tue 05/26/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Wed 05/27/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu 05/28/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Fri 05/29/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Mon 06/01/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |

# Timecard Report

## Date Range: 04/13/2020 - 09/04/2020 and Employee Effective As Of : 12/07/2020

## Company Code: FH0

| Last Name | | | First Name | | | Position ID | |
|---|---|---|---|---|---|---|---|
| | Date In | | Time In - Out | Hours | Pay Code | Worked Department | Worked Cost Center |
| *Gotfryd* | | | *Elka* | | | *FH0012236* | |
| P | Tue | 06/02/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Wed | 06/03/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu | 06/04/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Fri | 06/05/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Mon | 06/08/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Tue | 06/09/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Wed | 06/10/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu | 06/11/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Fri | 06/12/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Mon | 06/15/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Tue | 06/16/2020 | 08:31 AM - 02:30 PM | 6.00 | | 868400 | |
| P | Tue | 06/16/2020 | 03:00 PM - 04:00 PM | 1.00 | COMPTAKEN | 868400 | |
| P | Wed | 06/17/2020 | 08:33 AM - 04:02 PM | 7.00 | | 868400 | |
| P | Thu | 06/18/2020 | 08:34 AM - 04:04 PM | 7.00 | | 868400 | |
| P | Fri | 06/19/2020 | 08:30 AM - 09:15 AM | 0.75 | COMPTAKEN | 868400 | |
| P | Fri | 06/19/2020 | 09:09 AM - 04:04 PM | 6.25 | | 868400 | |
| P | Mon | 06/22/2020 | 08:34 AM - 04:03 PM | 7.00 | | 868400 | |
| P | Tue | 06/23/2020 | 08:34 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Wed | 06/24/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Thu | 06/25/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Fri | 06/26/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Mon | 06/29/2020 | 08:35 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Tue | 06/30/2020 | 08:30 AM - 10:30 AM | 2.00 | SICK | 868400 | |
| P | Tue | 06/30/2020 | 10:31 AM - 04:00 PM | 5.00 | | 868400 | |
| P | Tue | 06/30/2020 | 07:30 PM - 08:45 PM | 1.25 | Earned Comp Time Half Hrs | 868400 | |
| P | Wed | 07/01/2020 | 08:34 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu | 07/02/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Fri | 07/03/2020 | 08:30 AM - 03:30 PM | 7.00 | HOLIDAY | 868400 | |
| P | Mon | 07/06/2020 | 08:30 AM - 08:45 AM | 0.25 | COMPTAKEN | 868400 | |
| P | Mon | 07/06/2020 | 08:40 AM - 04:00 PM | 6.75 | | 868400 | |
| P | Tue | 07/07/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Wed | 07/08/2020 | 08:36 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu | 07/09/2020 | 08:34 AM - 04:01 PM | 7.00 | | 868400 | |
| P | Fri | 07/10/2020 | 08:33 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Mon | 07/13/2020 | 08:32 AM - 04:04 PM | 7.00 | | 868400 | |
| P | Tue | 07/14/2020 | 08:32 AM - 04:00 PM | 7.00 | | 868400 | |

# Timecard Report

## Date Range: 04/13/2020 - 09/04/2020 and Employee Effective As Of : 12/07/2020

## Company Code: FH0

| Last Name | | | First Name | Position ID | | | |
|---|---|---|---|---|---|---|---|
| | Date In | | Time In - Out | Hours | Pay Code | Worked Department | Worked Cost Center |
| Gotfryd | | | Elka | FH0012236 | | | |
| P | Wed | 07/15/2020 | 08:30 AM - 08:45 AM | 0.25 | COMPTAKEN | 868400 | |
| P | Wed | 07/15/2020 | 08:38 AM - 04:04 PM | 6.75 | | 868400 | |
| P | Thu | 07/16/2020 | 08:37 AM - 04:05 PM | 7.00 | | 868400 | |
| P | Fri | 07/17/2020 | 08:33 AM - 04:06 PM | 7.00 | | 868400 | |
| P | Mon | 07/20/2020 | 08:34 AM - 04:07 PM | 7.00 | | 868400 | |
| P | Tue | 07/21/2020 | 08:30 AM - 08:45 AM | 0.25 | COMPTAKEN | 868400 | |
| P | Tue | 07/21/2020 | 08:44 AM - 04:00 PM | 6.75 | | 868400 | |
| P | Wed | 07/22/2020 | 08:34 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu | 07/23/2020 | 08:35 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Fri | 07/24/2020 | 08:30 AM - 08:45 AM | 0.25 | COMPTAKEN | 868400 | |
| P | Fri | 07/24/2020 | 08:41 AM - 04:00 PM | 6.75 | | 868400 | |
| P | Mon | 07/27/2020 | 08:30 AM - 08:45 AM | 0.25 | COMPTAKEN | 868400 | |
| P | Mon | 07/27/2020 | 08:41 AM - 04:06 PM | 6.75 | | 868400 | |
| P | Tue | 07/28/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Wed | 07/29/2020 | 08:28 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu | 07/30/2020 | 08:28 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Fri | 07/31/2020 | 08:30 AM - 09:00 AM | 0.50 | COMPTAKEN | 868400 | |
| P | Fri | 07/31/2020 | 09:00 AM - 04:00 PM | 6.50 | | 868400 | |
| P | Mon | 08/03/2020 | 08:30 AM - 10:00 AM | 1.50 | COMPTAKEN | 868400 | |
| P | Mon | 08/03/2020 | 10:00 AM - 04:02 PM | 5.50 | | 868400 | |
| P | Tue | 08/04/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Wed | 08/05/2020 | 08:31 AM - 04:03 PM | 7.00 | | 868400 | |
| P | Thu | 08/06/2020 | 08:29 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Fri | 08/07/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Mon | 08/10/2020 | 08:30 AM - 12:30 PM | 4.00 | | 868400 | |
| P | Mon | 08/10/2020 | 01:00 PM - 02:00 PM | 1.00 | DOCK TIME HOURS | 868400 | |
| P | Mon | 08/10/2020 | 02:00 PM - 04:07 PM | 2.00 | | 868400 | |
| P | Tue | 08/11/2020 | 08:32 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Wed | 08/12/2020 | 08:35 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu | 08/13/2020 | 08:30 AM - 11:30 AM | 3.00 | | 868400 | |
| P | Thu | 08/13/2020 | 11:56 AM - 04:00 PM | 4.00 | | 868400 | |
| P | Fri | 08/14/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Mon | 08/17/2020 | 08:32 AM - 11:30 AM | 3.00 | | 868400 | |
| P | Mon | 08/17/2020 | 12:00 PM - 01:45 PM | 1.75 | SICK | 868400 | |
| P | Mon | 08/17/2020 | 01:45 PM - 04:00 PM | 2.25 | | 868400 | |
| P | Tue | 08/18/2020 | 08:33 AM - 11:33 AM | 3.00 | SICK | 868400 | |

# Timecard Report

## Date Range: 04/13/2020 - 09/04/2020 and Employee Effective As Of : 12/07/2020

## Company Code: FH0

| Last Name | | | First Name | | Position ID | | |
|---|---|---|---|---|---|---|---|
| | Date In | | Time In - Out | Hours | Pay Code | Worked Department | Worked Cost Center |
| *Goffryd* | | | *Elka* | | *FH0012236* | | |
| P | Tue | 08/18/2020 | 12:00 PM - 03:29 PM | 3.50 | | 868400 | |
| P | Tue | 08/18/2020 | 03:29 PM - 03:59 PM | 0.50 | SICK | 868400 | |
| P | Tue | 08/18/2020 | 07:30 PM - 08:15 PM | 0.75 | Earned Comp Time Half Hrs | 868400 | |
| P | Wed | 08/19/2020 | 08:29 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Thu | 08/20/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Fri | 08/21/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Mon | 08/24/2020 | 08:29 AM - 04:07 PM | 7.00 | | 868400 | |
| P | Tue | 08/25/2020 | 08:35 AM - 04:06 PM | 7.00 | | 868400 | |
| P | Wed | 08/26/2020 | 08:30 AM - 04:03 PM | 7.00 | | 868400 | |
| P | Thu | 08/27/2020 | 08:30 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Fri | 08/28/2020 | 08:29 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Mon | 08/31/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Tue | 09/01/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Wed | 09/02/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Thu | 09/03/2020 | 08:30 AM - 03:30 PM | 7.00 | EMERGENCY LEAVE | 868400 | |
| P | Fri | 09/04/2020 | 08:30 AM - 03:30 PM | 7.00 | SICK | 868400 | |
| | | | **Subtotal** | **737.00** | | | |
| | | | **Total for FH0** | **737.00** | | | |
| | | | **Grand Total** | **737.00** | | | |

# Timecard Report

## Date Range: 10/09/2020 - 10/22/2020 and Employee Effective As Of : 11/18/2020

## Company Code: FH0

| Last Name | | | First Name | | | Position ID | | |
|---|---|---|---|---|---|---|---|---|
| | | Date In | Time In - Out | Hours | Pay Code | Worked Department | Worked Cost Center |
| *Gotfryd* | | | *Elka* | | | *FH0012236* | | |
| P | Fri | 10/09/2020 | 08:31 AM - 04:00 PM | 7.00 | | 868400 | |
| P | Mon | 10/12/2020 | 08:30 AM - 03:30 PM | 7.00 | HOLIDAY | 868400 | |
| P | Tue | 10/13/2020 | 08:30 AM - 03:30 PM | 7.00 | SICK | 868400 | |
| P | Wed | 10/14/2020 | 08:32 AM - 04:05 PM | 7.00 | | 868400 | |
| P | Thu | 10/15/2020 | 08:34 AM - 04:03 PM | 7.00 | | 868400 | |
| P | Fri | 10/16/2020 | 08:32 AM - 04:03 PM | 7.00 | | 868400 | |
| P | Mon | 10/19/2020 | 08:32 AM - 04:05 PM | 7.00 | | 868400 | |
| P | Tue | 10/20/2020 | 08:30 AM - 12:00 PM | 3.50 | | 868400 | |
| P | Tue | 10/20/2020 | 12:30 PM - 04:00 PM | 3.50 | SICK | 868400 | |
| P | Tue | 10/20/2020 | 07:30 PM - 10:20 PM | 2.75 | Earned Comp Time Half Hrs | 868400 | |
| P | Wed | 10/21/2020 | 08:30 AM - 08:45 AM | 0.25 | COMPTAKEN | 868400 | |
| P | Wed | 10/21/2020 | 08:50 AM - 04:00 PM | 6.75 | | 868400 | |
| P | Thu | 10/22/2020 | 08:35 AM - 03:58 PM | 7.00 | | 868400 | |
| P | Thu | 10/22/2020 | 06:00 PM - 07:00 PM | 1.00 | Earned Comp Time Half Hrs | 868400 | |
| | | | **Subtotal** | **73.75** | | | |
| | | | **Total for FH0** | **73.75** | | | |
| | | | **Grand Total** | **73.75** | | | |

11/18/2020
Referred to
as an example

## Timecard 4/13/2020 - 5/7/2020

Employee: Gotfryd, Elka (FH0012236)
Payroll ID: 012236 Company Code: FH0 Supervisor: Church, Alexandra (FH0011952)

| Week 1 | | In - Out | Pay Code | Hours | Department | Cost Center | Daily Totals |
|---|---|---|---|---|---|---|---|
| Mon | 04/13 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |
| Tue | 04/14 | 08:30 AM - 03:30 PM | PAID FURLOUGH | 7.00 | 868400 | | 7.00 |
| Wed | 04/15 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |
| Thu | 04/16 | 08:30 AM - 03:30 PM | PAID FURLOUGH | 7.00 | 868400 | | 7.00 |
| | | | | | | Week 1 Totals | 28.00 |

| Week 2 | | In - Out | Pay Code | Hours | Department | Cost Center | Daily Totals |
|---|---|---|---|---|---|---|---|
| Fri | 04/17 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |
| Sat | 04/18 | - | | 0.00 | | | 0.00 |
| Sun | 04/19 | - | | 0.00 | | | 0.00 |
| Mon | 04/20 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |
| Tue | 04/21 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |
| Wed | 04/22 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |
| Thu | 04/23 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |
| | | | | | | Week 2 Totals | 35.00 |

| Week 3 | | In - Out | Pay Code | Hours | Department | Cost Center | Daily Totals |
|---|---|---|---|---|---|---|---|
| Fri | 04/24 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |
| Sat | 04/25 | - | | 0.00 | | | 0.00 |
| Sun | 04/26 | - | | 0.00 | | | 0.00 |
| Mon | 04/27 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |
| Tue | 04/28 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |
| Wed | 04/29 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |
| Thu | 04/30 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |
| | | | | | | Week 3 Totals | 35.00 |

| Week 4 | | In - Out | Pay Code | Hours | Department | Cost Center | Daily Totals |
|---|---|---|---|---|---|---|---|
| Fri | 05/01 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |
| Sat | 05/02 | - | | 0.00 | | | 0.00 |
| Sun | 05/03 | - | | 0.00 | | | 0.00 |
| Mon | 05/04 | 08:30 AM - 03:30 PM | EMERGENCY LEAVE | 7.00 | 868400 | | 7.00 |

Notes

Row Note: Hours that were not accounted for on April 13, 2020 for Emergency Leave (COVID-19) - 7hrs not charged/submitted for that payroll period. 5/4/2020 - 7hrs Regular - Miller, Tara T - Thu, 5/7/2020 , 01:39 PM

| Tue | 05/05 | 08:30 AM - 03:30 PM | EMERGENCY LEAVE | 7.00 | 868400 | 7.00 |
|---|---|---|---|---|---|---|

Notes

Row Note: Hours that were not accounted for on April 22, 2020 for Emergency Leave (COVID-19) - 7hrs not charged/submitted for that payroll period. 5/5/2020 - 7hrs Regular - Miller, Tara T - Thu, 5/7/2020 , 01:39 PM

| Wed | 05/06 | 08:30 AM - 03:30 PM | EMERGENCY LEAVE | 7.00 | 868400 | 7.00 |
|---|---|---|---|---|---|---|

Notes

Row Note: Hours that were not accounted for on April 23, 2020 for Emergency Leave (COVID-19) - 7hrs not charged/submitted for that payroll period. 5/6/2020 - 7hrs Regular - Miller, Tara T - Thu, 5/7/2020 , 01:39 PM

| Thu | 05/07 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | 7.00 |
|---|---|---|---|---|---|---|
| | | | | | **Week 4 Totals** | **35.00** |

## Pay Period Totals

| **Pay Period** | **133.00** |
|---|---|
| Week 1 | 28.00 |
| Week 2 | 35.00 |
| Week 3 | 35.00 |
| Week 4 | 35.00 |

## Pay Code Summary

| PAY CODE | HOURS |
|---|---|
| EMERGENCY LEAVE | 21.00 |
| PAID FURLOUGH | 14.00 |
| REGULAR | 98.00 |
| **GROSS TOTALS:** | **133.00** |

## Supplemental Pay Codes

**Supplemental Pay Code Summary**

| Supplemental Pay Code considered part of Gross Payroll | Dollars |
|---|---|
| No data found. | |

| Other Supplemental Pay Codes | Amount |
|---|---|
| No data found. | |

**Supplemental Pay Code Details**

| Date | Pay Code | Entered Amount | Factor | Final Amount | Department | Cost Center |
|---|---|---|---|---|---|---|

12/4/2020
LOA form
[handwritten notes: 44.18 hrs (12/3, today 12/4) 12/7, 12/8, through 12/14/2020, 12/18 12:30 pm]

**Miller, Tara**

**From:** Gotfryd, Elka
**Sent:** Thursday, December 03, 2020 11:25 AM
**To:** Church, Alexandra; Miller, Tara
**Subject:** RE: Late

OK, will do. I'll keep you posted tomorrow. My thinking was if I develop any symptoms that look or smell like COVID, I'll need to get tested as per protocol even though it is unlikely seeing as I've had it already. Being extra cautious considering. Regardless: Hope it doesn't come to that, and hope to see you tomorrow.

---

From: Church, Alexandra
Sent: Thursday, December 03, 2020 11:14 AM
To: Gotfryd, Elka; Miller, Tara
Subject: RE: Late

Per the most recent memo, I don't have that authorization, only the City Manager does-- our Department was excluded from the standard policy. I will not be able to get the approvals in place by 1 pm, so for today, that will not work. Please reschedule with them until you are feeling well.

Alexandra Church, AICP
Director of Planning and Development
City of Newburgh
123 Grand Street
Newburgh, NY 12550
o: 845.569.9400
m: 845.863.7775
achurch@cityofnewburgh-ny.gov

Work from home was intended for long-term absences due to COVID or the prevention of COVID.

-----Original Message-----
From: Gotfryd, Elka
Sent: Thursday, December 3, 2020 10:56 AM
To: Miller, Tara <TMiller@cityofnewburgh-ny.gov>; Church, Alexandra <achurch@cityofnewburgh-ny.gov>
Subject: RE: Late

Hi again,
Still feeling unwell, now a bit like I might have a bug brewing, but not sure. Probably best to stay home in case it turns into something, and see what happens tomorrow, but I do have some work to do; Ali, is there any chance you could authorize a few hours for me to work from home today based on the most recent memo? I am supposed to be speaking with Ann and Dave from Albany at 1 to continue working on the grant.
Thanks,
Elka

---

From: Miller, Tara
Sent: Thursday, December 03, 2020 8:52 AM

To: Gotfryd, Elka; Church, Alexandra
Subject: RE: Late

Thank you.

Tara Miller
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway
Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

-----Original Message-----
From: Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
Sent: Thursday, December 03, 2020 8:12 AM
To: Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
Subject: Late

Good morning,

Waiting for a headache to pass and will then be in. I also have an appointment this afternoon and will need to leave at 3. I'll submit a slip for both when I arrive.

Thank you for understanding,

Elka

12/4/2020
Comp Time 5.00 hrs
14.00 12/28, 12/29
- 5 avail
9 hrs deducted
time

**Miller, Tara**

**From:** Church, Alexandra
**Sent:** Friday, December 04, 2020 10:00 AM
**To:** Miller, Tara
**Subject:** FW: December 28-29: Request for Time Off

**From:** Church, Alexandra
**Sent:** Monday, November 30, 2020 11:18 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Cc:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>; Rauchet, Mike <MRauchet@cityofnewburgh-ny.gov>
**Subject:** Re: December 28-29: Request for Time Off

Just put in a slip.

Get Outlook for Android

---

**From:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Sent:** Monday, November 30, 2020 11:14:11 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Cc:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>; Rauchet, Mike <MRauchet@cityofnewburgh-ny.gov>
**Subject:** December 28-29: Request for Time Off

Dear Ali,

For personal reasons (the future in-laws are visiting), I would like to request time off on Monday, December 28 and Tuesday, December 29. I will use whatever Comp Time available to me, and request Unpaid Time Off for the remainder, considering I will not have enough Comp hours to cover a full two days.

Please let me know if you need anything else from me to formalize this request.

Thank you for your consideration,
Best,
Elka

**Elka Gotfryd**
Urban Planner
City of Newburgh
123 Grand Street
Newburgh, NY 12550
*Phone: (845) 569-7381*
*Fax: (845) 569-0188*
EGotfryd@cityofnewburgh-ny.gov

**Miller, Tara**

**From:** Miller, Tara
**Sent:** Wednesday, November 18, 2020 2:36 PM
**To:** Church, Alexandra; Gotfryd, Elka
**Subject:** RE: Yesterday's clocked time

Thank you.

*Tara Miller*
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway
Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

**From:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Sent:** Wednesday, November 18, 2020 2:25 PM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** RE: Yesterday's clocked time

Comptrollers office is in a training. We will get clarification in the AM.

**From:** Gotfryd, Elka
**Sent:** Wednesday, November 18, 2020 2:10 PM
**To:** Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Cc:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Subject:** RE: Yesterday's clocked time

Thanks Tara,

There was another time, I believe it was last week, when I submitted a slip similar to yesterday's. The one to which you are referring must have been on a day when I took an early lunch. Regardless, the issue stands: I am entitled, by contract, to thirty minutes lunch time, and I would greatly appreciate any accommodation. Perhaps there is a possibility to include the extra half hour on the slip as some other type of Paid Leave, if lunch is not an option?

Thank you,
Elka

**From:** Miller, Tara
**Sent:** Wednesday, November 18, 2020 2:06 PM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Cc:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Subject:** RE: Yesterday's clocked time

Good Afternoon Elka,

With regards to your issue, please be advised on Tuesday, October 10th, 2020 you put in a LOA Slip for 3.50hrs Sick. You clocked out at 12:30 p.m. which supports my explanation to you earlier about the time you clocked out yesterday, November 17th, 2020 at 12:02 PM. Therefore justifying your time to be adjusted to the 4.00hrs and not 3.50hrs.

I am here to further assist you if you should have any other questions and or concerns.

Thank you.

*Tara Miller*
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway
Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

**From:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Sent:** Wednesday, November 18, 2020 1:11 PM
**To:** Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Cc:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Subject:** Yesterday's clocked time

Hi Ali,

Slight issue with my time off yesterday afternoon – I had clocked out at noon, with the intention of tacking on my lunch break to my appointment, so I filled out a form saying I'd be gone 3.5 hours, while leaving at noon. Tara mentioned to me that the system will automatically dock 4 hours, and asked that I adjust my time slip accordingly, because it doesn't differentiate whether I've taken lunch or not. Is there a way to reconcile the difference? I've done this in the past, so was operating with the understanding that there would be no issue considering I've tacked on lunch to an afternoon leave before.

Please let me know if there's any other clarification you need from me at this time.

Thanks,
Elka

**Elka Gotfryd**
Urban Planner
City of Newburgh
123 Grand Street
Newburgh, NY 12550
*Phone: (845) 569-7381*
*Fax: (845) 569-0188*
*EGotfryd@cityofnewburgh-ny.gov*

**Miller, Tara**

**From:** Gotfryd, Elka
**Sent:** Thursday, November 19, 2020 9:43 AM
**To:** Church, Alexandra; Miller, Tara
**Subject:** RE: Time this week

Thanks Ali.

Removing Stan and Mike at this point.

Tara, I'd like to report that the time I worked on Tuesday evening was from 7:30 to 8:30 PM, for this month's Planning Board.

Thank you,
Elka

**From:** Church, Alexandra
**Sent:** Thursday, November 19, 2020 9:39 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Cc:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>; Rauchet, Mike <MRauchet@cityofnewburgh-ny.gov>
**Subject:** RE: Time this week

AS directed below, and is the standard practice for all employees in P&D, please give Tara (copying me) the hours you worked, immediately following the close of those hours, or clock in and out if those hours are in a City building with a timeclock. Please do so immediately, as the hours were earned on Tuesday and as noted earlier, payroll is due this morning.

**Alexandra Church, AICP**
Director of Planning and Development
City of Newburgh
123 Grand Street
Newburgh, NY 12550
o: 845.569.9400
m: 845.863.7775
achurch@cityofnewburgh-ny.gov

Ali

**From:** Gotfryd, Elka
**Sent:** Thursday, November 19, 2020 9:33 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Cc:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>; Rauchet, Mike <MRauchet@cityofnewburgh-ny.gov>
**Subject:** RE: Time this week

Thanks Ali—
Noted.

With regards to this week's additional time worked, what would you recommend in the meantime?

Thanks again,
Elka

**From:** Church, Alexandra
**Sent:** Thursday, November 19, 2020 9:27 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Cc:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>; Rauchet, Mike <MRauchet@cityofnewburgh-ny.gov>
**Subject:** RE: Time this week

Elka,

If you believe there is a contract violation, please follow the contract process to address such issues.

Best,

**Alexandra Church, AICP**
Director of Planning and Development
City of Newburgh
123 Grand Street
Newburgh, NY 12550
o: 845.569.9400
m: 845.863.7775
achurch@cityofnewburgh-ny.gov

**From:** Gotfryd, Elka
**Sent:** Thursday, November 19, 2020 9:07 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Cc:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>; Rauchet, Mike <MRauchet@cityofnewburgh-ny.gov>
**Subject:** RE: Time this week

Thanks Ali,

Understood re: the system automatically charging time that is appropriate.

After a conversation with Mike (cc'd), I understood that call-back is related to any work where an employee leaves and returns (as opposed to overtime, which he says is either a continuation of a day of work, or work on an additional day). He noted that there is no classification in the contract denoting whether a task is emergency or not. It made sense to me especially because we never know in advance how long a planning board meeting will be; we generally make ourselves available for the entire evening, from 7:30 onward.

Thank you,
Elka

**From:** Church, Alexandra
**Sent:** Thursday, November 19, 2020 9:03 AM

**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Cc:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>
**Subject:** RE: Time this week

So in this instance, the correct request should be:

*Tara (copying Ali),*

*I worked the Planning Board meeting last night from 7:30-8:30.*

Then Tara will key in 7:30-8:30 and the ADP system calculates that it was time in excess of your 7, on a non-Holiday, non-Sunday, therefore you are entailed to earn that hour at 1.5 your rate. It will show up on your paystub, as either earned Comp or earned Overtime, at the correct rate.

-Ali

**From:** Gotfryd, Elka
**Sent:** Thursday, November 19, 2020 8:45 AM
**To:** Miller, Tara <TMiller@cityofnewburgh-ny.gov>; Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Subject:** Time this week

Hi Tara,

As per Ali's previous email, I'd like to clarify that I was not aware lunch could be tacked on to the rest of my time out of the office this Tuesday. I am now clear on this, so from now on will make sure to take my lunch separately from any other leave. I appreciate your adjusting this week's time to accommodate my misunderstanding, and to adjust my time to exclude the half hour I took for lunch.

I'd also like to submit my time at the Planning Board meeting this week. It has recently been brought to my attention that Board meetings are considered "Call-Back Pay", rather than Overtime Pay. I am thereby requesting the four hours, at time and a half, outlined in that clause of the contract, for a total of six hours of Comp time. The meeting began at 7:30 PM.

Thank you,

Elka

**Elka Gotfryd**
Urban Planner
City of Newburgh
123 Grand Street
Newburgh, NY 12550
*Phone: (845) 569-7381*
*Fax: (845) 569-0188*
*EGotfryd@cityofnewburgh-ny.gov*

**Miller, Tara**

**From:** Church, Alexandra
**Sent:** Thursday, November 19, 2020 9:27 AM
**To:** Gotfryd, Elka; Miller, Tara
**Cc:** Merritt, Stanley; Rauchet, Mike
**Subject:** RE: Time this week

Elka,

If you believe there is a contract violation, please follow the contract process to address such issues.

Best,

Alexandra Church, AICP
Director of Planning and Development
City of Newburgh
123 Grand Street
Newburgh, NY 12550
o: 845.569.9400
m: 845.863.7775
achurch@cityofnewburgh-ny.gov

**From:** Gotfryd, Elka
**Sent:** Thursday, November 19, 2020 9:07 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Cc:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>; Rauchet, Mike <MRauchet@cityofnewburgh-ny.gov>
**Subject:** RE: Time this week

Thanks Ali,

Understood re: the system automatically charging time that is appropriate.

After a conversation with Mike (cc'd), I understood that call-back is related to any work where an employee leaves and returns (as opposed to overtime, which he says is either a continuation of a day of work, or work on an additional day). He noted that there is no classification in the contract denoting whether a task is emergency or not. It made sense to me especially because we never know in advance how long a planning board meeting will be; we generally make ourselves available for the entire evening, from 7:30 onward.

Thank you,
Elka

**From:** Church, Alexandra
**Sent:** Thursday, November 19, 2020 9:03 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Cc:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>
**Subject:** RE: Time this week

So in this instance, the correct request should be:

*Tara (copying Ali),*

*I worked the Planning Board meeting last night from 7:30-8:30.*

Then Tara will key in 7:30-8:30 and the ADP system calculates that it was time in excess of your 7, on a non-Holiday, non-Sunday, therefore you are entailed to earn that hour at 1.5 your rate. It will show up on your paystub, as either earned Comp or earned Overtime, at the correct rate.

-Ali

**From:** Gotfryd, Elka
**Sent:** Thursday, November 19, 2020 8:45 AM
**To:** Miller, Tara <TMiller@cityofnewburgh-ny.gov>; Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Subject:** Time this week

Hi Tara,

As per Ali's previous email, I'd like to clarify that I was not aware lunch could be tacked on to the rest of my time out of the office this Tuesday. I am now clear on this, so from now on will make sure to take my lunch separately from any other leave. I appreciate your adjusting this week's time to accommodate my misunderstanding, and to adjust my time to exclude the half hour I took for lunch.

I'd also like to submit my time at the Planning Board meeting this week. It has recently been brought to my attention that Board meetings are considered "Call-Back Pay", rather than Overtime Pay. I am thereby requesting the four hours, at time and a half, outlined in that clause of the contract, for a total of six hours of Comp time. The meeting began at 7:30 PM.

Thank you,

Elka

**Elka Gotfryd**
Urban Planner
City of Newburgh
123 Grand Street
Newburgh, NY 12550
*Phone: (845) 569-7381*
*Fax: (845) 569-0188*
EGotfryd@cityofnewburgh-ny.gov

Printed: Wednesday, 11/18/2020, 12:53 PM

## Timecard 11/6/2020 - 11/19/2020 (Current Pay Period)

Employee: Gotfryd, Elka (FH0012236)
Payroll ID: 012236 Company Code: FH0 Supervisor: Church, Alexandra (FH0011952)
Timecard Approval: Not Approved

| > | Week 1 | | In - Out | Pay Code | Hours | Department | Cost Center | Daily Totals |
|---|---|---|---|---|---|---|---|---|
| | Fri | 11/06 | 08:33 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |

Notes

Out Time Note: 4:21 PM - A Church - Miller, Tara T - Mon, 11/9/2020 , 02:35 PM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Sat | 11/07 | - | | 0.00 | 868400 | | 0.00 |
| | Sun | 11/08 | - | | 0.00 | 868400 | | 0.00 |
| | Mon | 11/09 | 08:35 AM - 02:45 PM | | 6.25 | 868400 | | |
| | | 11/09 | 03:15 PM - 04:00 PM | SICK | 0.75 | 868400 | | 7.00 |
| | Tue | 11/10 | 08:35 AM - 04:02 PM | | 7.00 | 868400 | | 7.00 |
| | Wed | 11/11 | 08:30 AM - 03:30 PM | HOLIDAY | 7.00 | 868400 | | 7.00 |
| | Thu | 11/12 | 08:30 AM - 08:45 AM | DOCK TIME HOURS | 0.25 | 868400 | | |

Notes

Out Time Note: Clocked In late and didn't call - Miller, Tara T - Fri, 11/13/2020 , 09:23 AM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 11/12 | 08:38 AM - 04:00 PM | | 6.75 | 868400 | | 7.00 |

Notes

Out Time Note: 4:09 PM - A Church - Miller, Tara T - Fri, 11/13/2020 , 09:15 AM

Week 1 Totals 35.00

| > | Week 2 | | In - Out | Pay Code | Hours | Department | Cost Center | Daily Totals |
|---|---|---|---|---|---|---|---|---|
| | Fri | 11/13 | 08:28 AM - 04:01 PM | | 7.00 | 868400 | | 7.00 |
| | Sat | 11/14 | - | | 0.00 | 868400 | | 0.00 |
| | Sun | 11/15 | - | | 0.00 | 868400 | | 0.00 |
| | Mon | 11/16 | 08:33 AM - 04:02 PM | | 7.00 | 868400 | | 7.00 |
| | Tue | 11/17 | 08:35 AM - 12:02 PM | | 3.50 | 868400 | | 3.50 |
| | Wed | 11/18 | 08:31 AM - | | 0.00 | 868400 | | 0.00 |
| | Thu | 11/19 | - | | 0.00 | 868400 | | 0.00 |

Week 2 Totals 17.50

### Pay Period Totals

| Pay Period | 52.50 |
|---|---|
| Week 1 | 35.00 |

Week 2 17.50

## Pay Code Summary

| PAY CODE | HOURS |
|---|---|
| DOCK TIME HOURS | 0.25 |
| HOLIDAY | 7.00 |
| REGULAR | 44.50 |
| SICK | 0.75 |
| **GROSS TOTALS:** | **52.50** |

## Supplemental Pay Codes

**Supplemental Pay Code Summary**

| Supplemental Pay Code considered part of Gross Payroll | Dollars |
|---|---|
| No data found. | |

| Other Supplemental Pay Codes | Amount |
|---|---|
| No data found. | |

**Supplemental Pay Code Details**

| Date | Pay Code | Entered Amount | | Factor | Final Amount | | Department | Cost Center |
|---|---|---|---|---|---|---|---|---|
| | | ($) | (Units) | | ($) | (Units) | | |
| No data found. | | | | | | | | |
| Totals: | | 0.00 | | | 0.00 | | | |

## Timecard 9/11/2020 - 9/24/2020 (Current Pay Period)

**Employee:** Gotfryd, Elka (FH0012236)
**Payroll ID:** 012236 **Company Code:** FH0 **Supervisor:** Church, Alexandra (FH0011952)
**Timecard Approval:** Not Approved

| > | Week 1 | | In - Out | Pay Code | Hours | Department | Cost Center | Daily Totals |
|---|---|---|---|---|---|---|---|---|
| | Fri | 09/11 | 08:25 AM - 04:05 PM | | 7.00 | 868400 | | 7.00 |
| | Sat | 09/12 | - | | 0.00 | 868400 | | 0.00 |
| | Sun | 09/13 | - | | 0.00 | 868400 | | 0.00 |
| | Mon | 09/14 | 08:31 AM - 04:01 PM | | 7.00 | 868400 | | 7.00 |
| | Tue | 09/15 | 08:30 AM - 04:03 PM | | 7.00 | 868400 | | 7.00 |
| | Wed | 09/16 | 08:30 AM - 04:00 PM | | 7.00 | 868400 | | 7.00 |

Notes

Out Time Note: 4:11 PM - A Church - Miller, Tara T - Fri, 9/18/2020 , 03:50 PM

| > | Week 1 | | In - Out | Pay Code | Hours | Department | Cost Center | Daily Totals |
|---|---|---|---|---|---|---|---|---|
| | Thu | 09/17 | 08:31 AM - 02:20 PM | | 5.75 | 868400 | | |
| | | 09/17 | 02:50 PM - 04:05 PM | SICK | 1.25 | 868400 | | 7.00 |
| | | | | | | Week 1 Totals | | **35.00** |

| > | Week 2 | | In - Out | Pay Code | Hours | Department | Cost Center | Daily Totals |
|---|---|---|---|---|---|---|---|---|
| | Fri | 09/18 | 08:32 AM - 01:31 PM | | 5.00 | 868400 | | 5.00 |
| | Sat | 09/19 | - | | 0.00 | 868400 | | 0.00 |
| | Sun | 09/20 | - | | 0.00 | 868400 | | 0.00 |
| | Mon | 09/21 | - | | 0.00 | 868400 | | |
| | | 09/21 | 04:02 PM - 08:30 AM | | 16.50 | 868400 | | 16.50 |
| | Tue | 09/22 | - | | 0.00 | 868400 | | |
| | | 09/22 | 04:00 PM - 08:29 AM | | 16.50 | 868400 | | 16.50 |
| | Wed | 09/23 | | | 0.00 | 868400 | | |
| | | 09/23 | 04:15 PM - 08:32 AM | | 15.75 | 868400 | | 15.75 |
| | Thu | 09/24 | - | | 0.00 | 868400 | | 0.00 |
| | | | | | | Week 2 Totals | | **53.75** |

### Pay Period Totals

| **Pay Period** | **88.75** |
|---|---|
| Week 1 | 35.00 |

Week 2 53.75

## Pay Code Summary

| PAY CODE | HOURS |
|---|---|
| OVERTIME | 27.75 |
| REGULAR | 59.75 |
| SICK | 1.25 |
| **GROSS TOTALS:** | **88.75** |

## Supplemental Pay Codes

### Supplemental Pay Code Summary

| Supplemental Pay Code considered part of Gross Payroll | Dollars |
|---|---|
| No data found. | |

| Other Supplemental Pay Codes | Amount |
|---|---|
| No data found. | |

### Supplemental Pay Code Details

| Date | Pay Code | Entered Amount | | Factor | Final Amount | | Department | Cost Center |
|---|---|---|---|---|---|---|---|---|
| | | ($) | (Units) | | ($) | (Units) | | |
| No data found. | | | | | | | | |
| Totals: | | 0.00 | | | 0.00 | | | |

**Miller, Tara**

**From:** Miller, Tara
**Sent:** Friday, September 11, 2020 8:42 AM
**To:** Church, Alexandra; Gotfryd, Elka; Merritt, Stanley
**Cc:** Crispino, Nicholas
**Subject:** RE: This morning's arrival

Thank you.

*Tara Miller*
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway
Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

**From:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Sent:** Thursday, September 10, 2020 5:54 PM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>; Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>
**Cc:** Crispino, Nicholas <NCrispino@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Elka,

You clocked in late this morning. AS a courtesy, I offered to adjust the time based on your request, noting that you tried to call. But you were still late. Per your contract and the letter provided to you, along with continued guidance from me, any time after 8:30 is late. Thank you for your understanding.

Alexandra Church, AICP
Director of Planning and Development
City of Newburgh
123 Grand Street
Newburgh, NY 12550
o: 845.569.9400
m: 845.863.7775
achurch@cityofnewburgh-ny.gov

**From:** Gotfryd, Elka
**Sent:** Thursday, September 10, 2020 2:08 PM
**To:** Miller, Tara <TMiller@cityofnewburgh-ny.gov>; Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

All,

In my correspondence with Nick, he sent me a record of my attempts to enter this morning. Considering the two minutes seem to be critical, I thought I should let you know, and have on record, that the first attempt was at 8:30:35.

Thanks,
Elka

**From:** Miller, Tara
**Sent:** Thursday, September 10, 2020 11:25 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>; Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Confirmed Ali.

Thank you,

*Tara Miller*
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway
Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

**From:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Sent:** Thursday, September 10, 2020 11:16 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

For the record, I tried the card a few times, waited, and tried again before I bothered with calling. If there's a camera outside I'm pretty confident you'd see my arrival on time. Regardless, thanks and I'll reach out to Joe.

**From:** Church, Alexandra
**Sent:** Thursday, September 10, 2020 11:13 AM
**To:** Miller, Tara <TMiller@cityofnewburgh-ny.gov>; Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Also, there is a missed call at 8:32, so Tara please adjust Elka's arrival time to 8:32.

**From:** Miller, Tara
**Sent:** Thursday, September 10, 2020 11:10 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Thank you.

*Tara Miller*
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway
Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

**From:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Sent:** Thursday, September 10, 2020 11:09 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Please email Joe Falcone the number that is on your keycard, and he will reset it.

**From:** Gotfryd, Elka
**Sent:** Thursday, September 10, 2020 10:46 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** This morning's arrival

Hi Ali and Tara,

Wanted to let you know that I arrived this morning just as the clock turned to 8:30, but my key card wasn't working. I will get in touch with Nick to see what the issue was. I tried calling the 9400 number but there was no answer; Omar came in a few minutes later and I was able to enter the building with him.

Thank you,
Elka

**Elka Gotfryd**
Urban Planner
City of Newburgh
123 Grand Street
Newburgh, NY 12550
*Phone: (845) 569-7381*
*Fax: (845) 569-0188*
*EGotfryd@cityofnewburgh-ny.gov*

**Miller, Tara**

**From:** Gotfryd, Elka
**Sent:** Thursday, September 10, 2020 2:08 PM
**To:** Miller, Tara; Church, Alexandra
**Subject:** RE: This morning's arrival

Ali,

In my correspondence with Nick, he sent me a record of my attempts to enter this morning. Considering the two minutes seem to be critical, I thought I should let you know, and have on record, that the first attempt was at 8:30:35.

Thanks,
Elka

**From:** Miller, Tara
**Sent:** Thursday, September 10, 2020 11:25 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>; Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Confirmed Ali.

Thank you,

*Tara Miller*
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway
Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

**From:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Sent:** Thursday, September 10, 2020 11:16 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

For the record, I tried the card a few times, waited, and tried again before I bothered with calling. If there's a camera outside I'm pretty confident you'd see my arrival on time. Regardless, thanks and I'll reach out to Joe.

**From:** Church, Alexandra
**Sent:** Thursday, September 10, 2020 11:13 AM
**To:** Miller, Tara <TMiller@cityofnewburgh-ny.gov>; Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Also, there is a missed call at 8:32, so Tara please adjust Elka's arrival time to 8:32.

**From:** Miller, Tara
**Sent:** Thursday, September 10, 2020 11:10 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Thank you,

*Tara Miller*
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway
Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

**From:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Sent:** Thursday, September 10, 2020 11:09 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Please email Joe Falcone the number that is on your keycard, and he will reset it.

**From:** Gotfryd, Elka
**Sent:** Thursday, September 10, 2020 10:46 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** This morning's arrival

Hi Ali and Tara,

Wanted to let you know that I arrived this morning just as the clock turned to 8:30, but my key card wasn't working. I will get in touch with Nick to see what the issue was. I tried calling the 9400 number but there was no answer; Omar came in a few minutes later and I was able to enter the building with him.

Thank you,
Elka

**Elka Gotfryd**
Urban Planner
City of Newburgh
123 Grand Street
Newburgh, NY 12550
*Phone: (845) 569-7381*
*Fax: (845) 569-0188*
*EGotfryd@cityofnewburgh-ny.gov*

**Miller, Tara**

| | |
|---|---|
| **From:** | Church, Alexandra |
| **Sent:** | Thursday, September 10, 2020 11:21 AM |
| **To:** | Miller, Tara |
| **Subject:** | RE: This morning's arrival |
| **Attachments:** | MVIMG_20200910_110501.jpg |

**From:** Church, Alexandra
**Sent:** Thursday, September 10, 2020 11:13 AM
**To:** Miller, Tara <TMiller@cityofnewburgh-ny.gov>; Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Also, there is a missed call at 8:32, so Tara please adjust Elka's arrival time to 8:32.

**From:** Miller, Tara
**Sent:** Thursday, September 10, 2020 11:10 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Thank you.

*Tara Miller*
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway
Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

**From:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Sent:** Thursday, September 10, 2020 11:09 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Please email Joe Falcone the number that is on your keycard, and he will reset it.

**From:** Gotfryd, Elka
**Sent:** Thursday, September 10, 2020 10:46 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** This morning's arrival

Hi Ali and Tara,

 

Wanted to let you know that I arrived this morning just as the clock turned to 8:30, but my key card wasn't working. I will get in touch with Nick to see what the issue was. I tried calling the 9400 number but there was no answer; Omar came in a few minutes later and I was able to enter the building with him.

Thank you,
Elka

**Elka Gotfryd**
Urban Planner
City of Newburgh
123 Grand Street
Newburgh, NY 12550
*Phone: (845) 569-7381*
*Fax: (845) 569-0188*
EGotfryd@cityofnewburgh-ny.gov



cisco
Missed calls
Line: Planning and Development 9400
3475576111
3475576111
8:32 AM
Today
9176569593
9176569593
4:44 PM
Yesterday
8452874552 (2)
8452874552
12:05 PM
Yesterday
8453920761 (2)
8453920761
11:18 AM
Yesterday
Exit
All calls
Clear list
A B C

**Miller, Tara**

**From:** Miller, Tara
**Sent:** Thursday, September 10, 2020 11:25 AM
**To:** Gotfryd, Elka; Church, Alexandra
**Subject:** RE: This morning's arrival

Confirmed Ali.

Thank you,

*Tara Miller*
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway
Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

**From:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Sent:** Thursday, September 10, 2020 11:16 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

For the record, I tried the card a few times, waited, and tried again before I bothered with calling. If there's a camera outside I'm pretty confident you'd see my arrival on time. Regardless, thanks and I'll reach out to Joe.

**From:** Church, Alexandra
**Sent:** Thursday, September 10, 2020 11:13 AM
**To:** Miller, Tara <TMiller@cityofnewburgh-ny.gov>; Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Also, there is a missed call at 8:32, so Tara please adjust Elka's arrival time to 8:32.

**From:** Miller, Tara
**Sent:** Thursday, September 10, 2020 11:10 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Thank you,

*Tara Miller*
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway

Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

**From:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Sent:** Thursday, September 10, 2020 11:09 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Please email Joe Falcone the number that is on your keycard, and he will reset it.

**From:** Gotfryd, Elka
**Sent:** Thursday, September 10, 2020 10:46 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** This morning's arrival

Hi Ali and Tara,

Wanted to let you know that I arrived this morning just as the clock turned to 8:30, but my key card wasn't working. I will get in touch with Nick to see what the issue was. I tried calling the 9400 number but there was no answer; Omar came in a few minutes later and I was able to enter the building with him.

Thank you,
Elka

**Elka Gotfryd**
Urban Planner
City of Newburgh
123 Grand Street
Newburgh, NY 12550
*Phone: (845) 569-7381*
*Fax: (845) 569-0188*
*EGotfryd@cityofnewburgh-ny.gov*

**Miller, Tara**

**From:** Miller, Tara
**Sent:** Thursday, September 10, 2020 11:10 AM
**To:** Church, Alexandra; Gotfryd, Elka
**Subject:** RE: This morning's arrival

Thank you.

*Tara Miller*
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway
Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

**From:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Sent:** Thursday, September 10, 2020 11:09 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** RE: This morning's arrival

Please email Joe Falcone the number that is on your keycard, and he will reset it.

**From:** Gotfryd, Elka
**Sent:** Thursday, September 10, 2020 10:46 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** This morning's arrival

Hi Ali and Tara,

Wanted to let you know that I arrived this morning just as the clock turned to 8:30, but my key card wasn't working. I will get in touch with Nick to see what the issue was. I tried calling the 9400 number but there was no answer; Omar came in a few minutes later and I was able to enter the building with him.

Thank you,
Elka

**Elka Gotfryd**
Urban Planner
City of Newburgh
123 Grand Street
Newburgh, NY 12550
*Phone: (845) 569-7381*
*Fax: (845) 569-0188*
EGotfryd@cityofnewburgh-ny.gov

**Miller, Tara**

**From:** Church, Alexandra
**Sent:** Tuesday, September 08, 2020 11:44 AM
**To:** Gotfryd, Elka
**Cc:** Merritt, Stanley; Miller, Tara
**Subject:** RE: Doctor's Note

Excellent, thank you.

Alexandra Church, AICP
Director of Planning and Development
City of Newburgh
123 Grand Street
Newburgh, NY 12550
o: 845.569.9400
m: 845.863.7775
achurch@cityofnewburgh-ny.gov

**From:** Gotfryd, Elka
**Sent:** Tuesday, September 8, 2020 11:27 AM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>
**Cc:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** RE: Doctor's Note

Hi Ali,

This is the first time I am being notified of a requirement for a doctor's note for my leave last week.

I requested last week's emergency leave before our meeting with Stan. At no point was I instructed to get a doctor's note for use of emergency leave, including last week. The only instruction I received from you prior to last week was to make sure I notify you in advance for any leave of more than 3 days.

I do, however, recall Stan recommending I get a doctor's note for any lates I may have moving forward due to COVID-related symptoms; I will get you the note from my doctor regarding these symptoms and potential impacts on work ASAP. I will ask that this letter also refer retroactively to last week's leave.

Thank you,
Elka

**From:** Church, Alexandra
**Sent:** Tuesday, September 8, 2020 11:17 AM
**To:** Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
**Cc:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** Doctor's Note

Elka,

Please provide your doctor's note for last week as soon as possible.

**Alexandra Church, AICP**
Director of Planning and Development
City of Newburgh
123 Grand Street
Newburgh, NY 12550
o: 845.569.9400
m: 845 863.7775
achurch@cityofnewburgh-ny.gov

**Miller, Tara**

**From:** Merritt, Stanley
**Sent:** Friday, August 21, 2020 11:55 AM
**To:** Church, Alexandra; Miller, Tara; Kelson, Michelle
**Subject:** RE: Leave

Thank you.

Stan Merritt, MPA
Human Resources Administrator
City of Newburgh
83 Broadway
Newburgh, NY 12550
(845) 569-7356 phone
(845) 569-7490 fax
smerritt@cityofnewburgh-ny.gov

**From:** Church, Alexandra
**Sent:** Friday, August 21, 2020 11:54 AM
**To:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>; Kelson, Michelle <MKelson@cityofnewburgh-ny.gov>
**Subject:** RE: Leave

She has provided no more information than what we have provided you all with.

**From:** Merritt, Stanley
**Sent:** Friday, August 21, 2020 11:25 AM
**To:** Miller, Tara <TMiller@cityofnewburgh-ny.gov>; Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Kelson, Michelle <MKelson@cityofnewburgh-ny.gov>
**Subject:** RE: Leave

I take it she has not put in a slip for the week off she referenced in her email?

Thanks,

Stan Merritt, MPA
Human Resources Administrator
City of Newburgh
83 Broadway
Newburgh, NY 12550
(845) 569-7356 phone
(845) 569-7490 fax
smerritt@cityofnewburgh-ny.gov

**From:** Miller, Tara
**Sent:** Friday, August 21, 2020 9:05 AM
**To:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>; Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Kelson, Michelle <MKelson@cityofnewburgh-ny.gov>
**Subject:** RE: Leave

Good Morning,

Please find the following LOA Slip.

Thank you.

*Tara Miller*
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway
Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

**From:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>
**Sent:** Wednesday, August 19, 2020 3:26 PM
**To:** Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Kelson, Michelle <MKelson@cityofnewburgh-ny.gov>
**Cc:** Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** RE: Leave

Ali/Tara, please provide the actual leave slips.

Thanks,

Stan Merritt, MPA
Human Resources Administrator
City of Newburgh
83 Broadway
Newburgh, NY 12550
(845) 569-7356 phone
(845) 569-7490 fax
smerritt@cityofnewburgh-ny.gov

**From:** Church, Alexandra
**Sent:** Wednesday, August 19, 2020 2:30 PM
**To:** Merritt, Stanley <SMerritt@cityofnewburgh-ny.gov>
**Cc:** Miller, Tara <TMiller@cityofnewburgh-ny.gov>
**Subject:** FW: Leave

Ms Gotfryd has requested a series of Medical leaves. Please let us know whether we should be requesting any documentation.

Ali

**Alexandra Church, AICP**
Director of Planning and Development
City of Newburgh
123 Grand Street
Newburgh, NY 12550

o: 845.569.9400
m: 845.863.7775
achurch@cityofnewburgh-ny.gov

From: Miller, Tara
Sent: Wednesday, August 19, 2020 2:27 PM
To: Church, Alexandra <achurch@cityofnewburgh-ny.gov>
Subject: FW: Leave

Good Afternoon Ali,

Due to this request, will paperwork be required, especially for the week of September 1st and as for docked pay, sick time would have to be used first because she has the hours available, 34.85hrs.

Not only that, but would this be considered 'medical leave'.

Please advise, thank you.

*Tara Miller*
City of Newburgh
Department of Planning and Development
City Hall – 83 Broadway
Newburgh, NY 12550
p/(845) 569-9400
f/(845) 569-9700
tmiller@cityofnewburgh-ny.gov

From: Gotfryd, Elka <EGotfryd@cityofnewburgh-ny.gov>
Sent: Wednesday, August 19, 2020 2:02 PM
To: Church, Alexandra <achurch@cityofnewburgh-ny.gov>; Miller, Tara <TMiller@cityofnewburgh-ny.gov>
Subject: Leave

Hi Ali and Tara,

I have just confirmed appointments for tomorrow and Friday, so will take emergency leave for both of those days.

I believe after those two days I will have 4 emergency leave days remaining. Ali, as per our conversation this morning, I will use those 4 days the week of September 1st for medical leave. With your approval, I will take an additional day docked pay that week in order to have the full week for recovery. Please confirm receipt and approval when you have the chance.

Thank you for your understanding.

Best,
Elka

**Elka Gotfryd**
Urban Planner
City of Newburgh
123 Grand Street
Newburgh, NY 12550
*Phone: (845) 569-7381*
*Fax: (845) 569-0188*
*EGotfryd@cityofnewburgh-ny.gov*