# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ELKA GOTFRYD,

                              Plaintiff,                    21 **CIVIL** 4009 (NSR)

         -against-                              **<u>JUDGMENT</u>**

CITY OF NEWBURGH, ALEXANDRA CHURCH,
and JOSEPH DONAT,.

                             Defendants.

------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 10, 2024, Defendants' motion for summary judgment is granted. Plaintiff's causes of action are dismissed in their entirety. Judgment entered in favor of Defendants, and the case is closed.

**Dated:**  New York, New York
           April 10, 2024

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                          **BY:**                _____

                                                          **Deputy Clerk**